THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. CAROLINE SWEEZY, as Executrix, etc., of EVERETT B. SWEEZY, Deceased, and Another, Defendants, Impleaded with THE BADER SECURITIES COMPANY and Others, Respondents, and NATHANIEL F. GLIDDEN and Others, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATIONAL SURETY COMPANY, Respondent, v. EDWARD STEINMAN CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLOTTE S. CHADWICK, Respondent, v. CLYDE L. CHADWICK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ISADORE ROBBIE, Respondent, v. SIMSON WOLF, Individually and as Executor and Trustee, etc., of EMANUEL HEILNER, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CITY OF NEW YORK, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. ARGYLL R. PARSONS and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRWIN HEIM, an Infant, by SIDNEY HEIM, His Guardian ad Litem, and SIDNEY HEIM, Respondents, v. THE MITCHELL-HARLEE CAMPS, INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DOMENICK SAVINO, Appellant, v. G. R. E. CONSTRUCTION CO., INC., Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ

AUGUSTA STERN and SOL STERN, Respondents, v. NANCY TARULLI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

RAPHAEL C. KERN and Others, Appellants, v. ALAN H. COLCORD and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARGARET V. C. MACNUTT, Respondent, v. COLIN M. EADIE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.